# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION

| | |
|---|---|
| Advanced Processor Technologies LLC<br><br>　　　　Plaintiff,<br>　　v.<br>Atmel Corporation,<br><br>　　　　Defendant. | Civ. No. 2:12-cv-152-JRG-RSP<br>Lead Case<br><br>Consolidated |
| Advanced Processor Technologies LLC<br><br>　　　　Plaintiff,<br>　　v.<br>Altera Corporation,<br><br>　　　　Defendant. | Civ. No. 2:12-cv-602-JRG-RSP<br>Lead Case<br><br>Consolidated |

## JOINT STIPULATION AND MOTION TO DISMISS

Plaintiff Advanced Processor Technologies LLC ("APT") and Defendant Altera Corporation ("Altera") hereby file this Joint Stipulation and Motion to Dismiss.

WHEREAS, APT filed suit against Defendant Altera (Civ. No. 2:12-CV-602-JRG-RSP, consolidated in the above-captioned case), and and Intervenors-Defendants ARM Ltd., and ARM, Inc. (collectively, "ARM") intervened and filed counterclaims against APT in APT v. Analog Devices et al, Inc., Civil Action No. 2:11-cv-19-JRG-RSP, which is also consolidated in the above-captioned case;

WHEREAS, APT and ARM have settled APT's claims for relief against ARM and its licensees, and ARM's counterclaims for relief against APT asserted in Civil Action No. 2:11-cv-19-JRG-RSP;

WHEREAS, APT and Defendant Altera have entered into a release agreement relating to Altera's ARM-Based Products, as defined therein;

WHEREAS, the claims pending against Defendant Altera in Civil Action No.

2:11-cv-602-JRG-RSP are solely based on, relate to and arise from Defendants' ARM-Based Products;

Whereas, the dismissal of Civil Action No. 2:11-cv-602-JRG-RSP shall not preclude or limit for purposes of claim preclusion or issue preclusion any claims, defenses or counterclaims, or potential claims, defenses or counterclaims, of any party or third-party that relate to or arise from products or services that are not ARM-Based Products, as defined in the APT-Altera release agreements.

NOW, THEREFORE, subject to the above stipulations, APT and Defendant Altera, through their attorneys of record, request that this Court dismiss all claims relating to or arising from ARM-Based Products, as defined in the APT-Altera release agreement, pending against Defendant Altera in Civil Action No. 2:11-cv-602-JRG-RSP with prejudice and any other claims, counterclaims (including, without limitation, counterclaims of invalidity) or potential claims without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: June 26, 2013                                Respectfully submitted,

| | |
|---|---|
| By: /s/ William E. Davis<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>THE DAVIS FIRM P.C.<br>111 W. Tyler St.<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>E-mail: bdavis@bdavisfirm.com<br><br>By: /s/ David M. Farnum<br>David M. Farnum<br>ATFIRM PLLC<br>1701 Pennsylvania Ave, NW Ste 300<br>Washington, D.C. 20006<br>Telephone: (202) 349-1490<br>Email: dmfarnum@atfirm.com<br><br>*Counsel for Plaintiff Advanced Processor Technologies LLC* | By:  /s/ Garland Stephens<br>Garland Stephens<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002-2755<br>Email: garland.stephens@weil.com<br><br>*Counsel for Defendant Altera Corporation* |